

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 11, 2025**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>*Debtor*. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| Charitable DAF Fund, L.P.,<br><br>*Plaintiff*,<br>v.<br><br>Alvarez & Marsal CRF Management, LLC<br><br>*Defendant*. | Adversary No. 24-03073 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

## ORDER DENYING MOTION TO STAY PENDING APPEAL

Before the Court is Charitable DAF Fund, L.P.'s ("DAF") Motion to Stay Pending Appeal, ("Motion") (Docket No. 30). The Court, having considered the Motion, the Response, and the arguments of counsel, finds that the Motion should be **DENIED** in its entirety.

It is therefore **ORDERED** that the Motion is **DENIED**.

### ### End of Order ###

**Order submitted by:**

John T. Cox III
Texas Bar No. 24003722
Andrea Calhoun
Texas Bar No. 24116697
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Ste. 2100
Dallas, TX 75201-2923
Telephone: +1 214 698 3256
Facsimile: +1 214 571 2923
tcox@gibsondunn.com
acalhoun@gibsondunn.com

Marshall King (*Pro Hac*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: +1 212 351 3905
Email: mking@gibsondunn.com

*Attorneys for Defendant Alvarez & Marsal CRF Management, LLC*