

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 11, 2025**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>    *Debtor*. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| Charitable DAF Fund, L.P.,<br><br>    *Plaintiff*,<br>v.<br><br>Alvarez & Marsal CRF Management, LLC<br><br>    *Defendant*. | Adversary No. 24-03073 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

## **ORDER DENYING MOTION TO STAY PENDING APPEAL**

Before the Court is Charitable DAF Fund, L.P.'s ("DAF") Motion to Stay Pending Appeal, ("Motion") (Docket No. 30).  The Court, having considered the Motion, the Response, and the arguments of counsel, finds that the Motion should be **DENIED** in its entirety.

It is therefore **ORDERED** that the Motion is **DENIED**.

### ### End of Order ###

**Order submitted by:**

John T. Cox III
Texas Bar No. 24003722
Andrea Calhoun
Texas Bar No. 24116697
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Ste. 2100
Dallas, TX 75201-2923
Telephone: +1 214 698 3256
Facsimile: +1 214 571 2923
tcox@gibsondunn.com
acalhoun@gibsondunn.com

Marshall King (*Pro Hac*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:  +1 212 351 3905
Email:  mking@gibsondunn.com

*Attorneys for Defendant Alvarez & Marsal CRF Management, LLC*

United States Bankruptcy Court

Northern District of Texas

Charitable DAF Fund, L.P.,
    Plaintiff

Alvarez & Marsal CRF Management, LLC,
    Defendant

Adv. Proc. No. 24-03073-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Feb 12, 2025      Form ID: pdf023      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | James McGoldrick, 1700 Pacific A venue, Suite 4400, Dallas, TX 75201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 12 2025 21:37:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 12 2025 21:37:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 12 2025 21:37:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2025 | Form ID: pdf023 | Total Noticed: 4 |

Andrea Louise Calhoun
    on behalf of Defendant Alvarez & Marsal CRF Management LLC acalhoun@gibsondunn.com, pacer-tx@gibsondunn.com

Ian Salzer
    on behalf of Plaintiff Charitable DAF Fund L.P. isalzer@pmmlaw.com

John T. Cox, III
    on behalf of Defendant Alvarez & Marsal CRF Management LLC tcox@gibsondunn.com,
    WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com

Marshall R. King
    on behalf of Defendant Alvarez & Marsal CRF Management LLC mking@gibsondunn.com

Roger L. McCleary
    on behalf of Plaintiff Charitable DAF Fund L.P. rmccleary@pmmclaw.com

Sawnie A. McEntire
    on behalf of Plaintiff Charitable DAF Fund L.P. smcentire@pmmlaw.com,
    MKountz@pmmlaw.com;gromero@pmmlaw.com;tmiller@pmmlaw.com;bcandis@pmmlaw.com

TOTAL: 6