BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO   ☐ TRANSCRIPT | 2. DATE OF ORDER: | |
|---|---|---|
| 3. NAME: | 4. PHONE NUMBER: 214-237-4315 | 5. EMAIL ADDRESS: isalzer@pmmlaw.com |
| 6. MAILING ADDRESS: 1700 Pacific Ave., #4400 | 7. CITY: Dallas | 8. STATE: TX  9. ZIP CODE: 75201 |
| 10. CASE NUMBER: 24-03073-sgj | 11. CASE NAME: Charitable DAF v. Alvarez & Marsal | 12. JUDICIAL OFFICIAL: Hon. Stacey G. C. Jernigan | 13. DATE OF PROCEEDING: FROM: 02 / 10 / 2025 |

14. ORDER:
A. ☐ ORDINARY    ☐ 7 DAY EXPEDITED    ☐ DAILY    ☐ HOURLY
   ☐ 14 DAY EXPEDITED    ☐ 3 DAY EXPEDITED

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| Entire Hearing | |
| Court Ruling | |
| Witness Testimony | |
| Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:

17. DATE: