# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER: 2/20/25 | |
|---|---|---|
| 3. NAME: Andrea Calhoun | 4. PHONE NUMBER: 214.698.3279 | 5. EMAIL ADDRESS: ACalhoun@gibsondunn.com |
| 6. MAILING ADDRESS: 2001 Ross Avenue Suite 2100 | 7. CITY: Dallas | 8. STATE: TX  9. ZIP CODE: 75201 |
| 10. CASE NUMBER: 24-03073-SGJ | 11. CASE NAME: Charitable DAF v. Alvarez & Marsal | 12. JUDICIAL OFFICIAL: Hon. Stacey G. C. Jernigan  13. DATE OF PROCEEDING: FROM: / / 02/10/2025 |

**14. ORDER:**

A.
- ORDINARY ☐
- 7 DAY EXPEDITED ☐
- DAILY ☐
- HOURLY ☒
- 14 DAY EXPEDITED ☐
- 3 DAY EXPEDITED ☐

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

PORTION(S)
- ☒ Entire Hearing
- ☐ Court Ruling
- ☐ Witness Testimony
- ☐ Other: (Specify)

**CERTIFICATION**

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/Andrea Calhoun

17. DATE: 2/20/2025